AAS/ADR/LZ
F. #2021R00608

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DOMAGOJ PATKOVIC,
    also known as "Mislav,"
    "madsin1488,"
    "Abrahimavich" and
    "Timothy,"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

~~PROPOSED~~ ORDER

24-CR-317 (RER) (SJB)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Reich, for an order unsealing the above-captioned matter in its entirety.

       WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
           August 20, 2024

                                               s/Sanket J. Bulsara

                                          HONORABLE SANKET J. BULSARA
                                          UNITED STATES MAGISTRATE JUDGE
                                          EASTERN DISTRICT OF NEW YORK