

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/ADR/LZ
F. #2021R00608

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 20, 2024

By E-mail

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Domagoj Patkovic
                Docket No. 24-CR-317 (RER) (SJB)

Dear Judge Bulsara:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety as the defendant has been arrested.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                      By:     /s/ Andrew Reich
                                    Andrew D. Reich
                                    Assistant U.S. Attorney
                                    (718) 254-6452

Enclosure

cc:    Clerk of Court (by ECF)