

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/ADR/LZ
F. #2021R00608

271 Cadman Plaza East
Brooklyn, New York 11201

August 20, 2024

By E-mail

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Domagoj Patkovic
     Docket No. 24-CR-317 (RER) (SJB)

Dear Judge Bulsara:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety as the defendant has been arrested.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

     By: /s/ Andrew Reich
          Andrew D. Reich
          Assistant U.S. Attorney
          (718) 254-6452

Enclosure

cc: Clerk of Court (by ECF)

AAS/ADR/LZ
F. #2021R00608

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | ~~PROPOSED~~ O R D E R |
| - against - | 24-CR-317 (RER) (SJB) |
| DOMAGOJ PATKOVIC,<br>     also known as "Mislav,"<br>     "madsin1488,"<br>     "Abrahimavich" and<br>     "Timothy," | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew D. Reich, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:    Brooklyn, New York
             August 20, 2024

_____
HONORABLE SANKET J. BULSARA
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK