UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                  24-CR-317 (RER)

DOMAGOJ PATKOVIC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Assistant United States Attorney Laura

Zuckerwise from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

        Assistant U.S. Attorney Laura Zuckerwise
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6204
        Fax:  (718) 254-6076
        Email: Laura.Zuckerwise@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Laura Zuckerwise at the email address set forth above.

Dated:    Brooklyn, New York
          October 17, 2024

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                              By:    /s/ Laura Zuckerwise_____
                                     Laura Zuckerwise
                                     Assistant U.S. Attorney

cc:    Clerk of the Court (RER)