# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 Cr. 317 (RER) |
| DOMAGOJ PATKOVIC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DOMAGOJ PATKOVIC.

Date: 10/21/2024

s/ James Darrow
*Attorney's signature*

James Darrow
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201
*Address*

James_Darrow@fd.org
*E-mail address*

(718) 407-7419
*Telephone number*

(718) 855-0760
*FAX number*