| | |
|---|---|
| **Federal Defenders** | Eastern District |
| OF NEW YORK, INC. | One Pierrepont Plaza, 16th Floor |
| | Brooklyn, NY 11201 |
| | Tel: (718) 330-1200 Fax: (718) 855-0760 |

Tamara L. Giwa  
*Executive Director*

Michelle A. Gelernt  
*Attorney-in-Charge*

---

January 23, 2025

<u>BY ECF</u>

The Hon. Ramon E. Reyes  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: *United States v. Domagoj Patkovic*, No. 24 Cr. 317 (RER)

Your Honor:

This office represents Defendant Domagoj Patkovic. The parties have reached an agreement to dispose of this case short of trial. With no objection from the government, I respectfully request that the February 19, 2025, status conference be converted to a change of plea hearing.

Respectfully submitted,

/s James Darrow

James Darrow  
Assistant Federal Defender  
Tel. (718) 407-7419  
james_darrow@fd.org

*Attorneys for Domagoj Patkovic*